IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROY BRUNE ONE STAR,
# 11156-073,

Petitioner,

vs.                                         Case No. 13-cv-1030-DRH

J.S. WALTON,

Respondent.

# MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This matter is before the Court on One Star's Petition for Rehearing (Doc. 11), filed September 29, 2014. In it, he seeks reconsideration of the Court's denial of his petition at Doc. 8 to alter, amend, or reverse the judgment, which he brought under Federal Rule of Civil Procedure 59(e) (Doc. 10). That Rule 59(e) motion was timely filed following the Court's October 29, 2013, dismissal of this § 2241 habeas action (Doc. 5).

According to the Inmate Locator website of the Federal Bureau of Prisons, One Star is now deceased, having passed away on July 29, 2015. Http://www.bop.gov/inmateloc/ (last visited Sept. 4, 2015). His obituary can be found at: http://www.obitsforlife.com/obituary/1148053/One-Star-Roy.php (last visited Sept. 4, 2015). As such, no relief can result from the instant motion, even if it presented grounds to alter the Court's judgment.

**IT IS THEREFORE ORDERED** that the Petition for Rehearing (Doc. 11) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: September 8, 2015**

Digitally signed by David R. Herndon
Date: 2015.09.08 09:06:08 -05'00'

**United States District Judge**